NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

M. Elizabeth Graham, CA 143085
GRANT & EISENHOFER P.A.
123 Justison Street, Wilmington, DE 19801
Phone: (302) 622-7000 / Fax: (302) 622-7100

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KATRINA THOMAS

Plaintiff(s),

v.

BAYER CORP., BAYER HEALTHCARE LLC,
BAYER ESSURE INC. (F/K/A CONCEPTUS,
INC.), and BAYBAYER HEALTHCARE PHARM

Defendant(s)

CASE NUMBER:

2:16-cv-05506-MWF-MRW

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Katrina Thomas
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KATRINA THOMAS | PLAINTIFF |
| BAYER CORP.; | DEFENDANT |
| BAYER HEALTHCARE LLC; | DEFENDANT |
| BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.); | DEFENDANT |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; | DEFENDANT |
| and DOES 1-10 | DEFENDANT |

August 2, 2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):