M. Elizabeth Graham, CA 143085
**GRANT &EISENHOFER P.A.**
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
Email: egraham@gelaw.com

Attorneys for PLAINTIFF KATRINA THOMAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA THOMAS<br><br>Plaintiff,<br><br>    vs.<br><br>BAYER CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware company; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.), a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-05506-MWF-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TAKE NOTICE that Plaintiff, Katrina Thomas, by and through her attorneys and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby DISMISSES all claims against all Defendants WITHOUT PREJUDICE.

Dated: October 17, 2016

                        By:    /s/ M. Elizabeth Graham
                               M. Elizabeth Graham, CA 143085
                               Jay W. Eisenhofer
                               Thomas V. Ayala
                               Samantha Mertz

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Paige Alderson
**GRANT &EISENHOFER P.A.**
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
Email: egraham@gelaw.com
Email: jeisenhofer@gelaw.com
Email: tayala@gelaw.com
Email: smertz@gelaw.com
Email: palderson@gelaw.com